UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

RYAN C. BROTHERS,  :
    Petitioner  :
      :
v.  : CIVIL NO. 1:12-CV-2075
      :
BRIAN COLEMAN, *et al.*,  :
    Respondents  :

*O R D E R*

AND NOW, this 14th day of February, 2013, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Carlson (Doc. 3), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

    1.    The R&R (Doc. 3) is ADOPTED.

    2.    Pursuant to the magistrate judge's recommendation, this case is TRANSFERRED to the U.S. District Court for the Western District of Pennsylvania.

                /s/ William W. Caldwell
                William W. Caldwell
                United States District Judge